IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00181-WDM-KLM

ORBITCOM, INC.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **Orbitcom's Motion for Leave to File a Sur-Reply to Defendant Qwest Communications Corporations's Motion to Stay of Proceedings and Petition to Compel Arbitration** [Docket No. 32; Filed June 8, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall file a sur-reply addressing only those issues and arguments raised in Defendant's Reply [#29] on or before **June 15, 2009**.

Dated:  June 9, 2009